IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3073 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| GERMAN NOE BONILLA-EUCEDA, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue trial, (filing no. 17), because the defendant's counsel recently obtained discovery and the parties are currently in negotiations regarding a possible plea agreement. The government does not oppose the requested continuance. The Court finds defendant's motion will be granted.

IT IS ORDERED:

1) Defendant, German Noe Bonilla-Euceda's, motion to continue, (filing no. 17), is granted.

2) The trial of this case is set to commence before the district judge at 9:00 a.m. on November 8, 2010 for five trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and November 8, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED: September 8, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge