## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3073 |
| | ) | |
| v. | ) | |
| | ) | |
| GERMAN NOE BONILLA-EUCEDA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The court previously appointed Jessica Milburn as counsel for the defendant. Filing No. 10. Thereafter, attorney Bruce Teichman entered an appearance as defendant's retained counsel. Filing No. 13.

Ms Milburn did not move to withdraw and remains counsel of record for the defendant. Citing a potential conflict of interest, Mr. Teichman has moved to withdraw. Filing No. 22.

Defendant's change of plea hearing is currently set for December 7, 2010 at 10:30 a.m. The court has not received defendant's petition to enter a plea of guilty or the parties' plea agreement.

Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Bruce Teichman, (filing no. 22), is granted. Mr. Teichman shall promptly serve defendant with a copy of this order. The Clerk is directed to remove Mr. Teichman from all future ECF notifications in this case.

2) Jessica Milburn is defendant's appointed and only counsel in this case.

3) A status conference will be held on December 3, 2010 at 9:00 a.m. in the chambers of the undersigned magistrate judge to discuss how the parties intend to proceed with this case. Counsel for the parties shall be present at this conference.

DATED this 30th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge