IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3073 |
| | ) | |
| v. | ) | |
| | ) | |
| GERMAN NOE BONILLA-EUCEDA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Defendant's counsel active counsel for this case has recently changed, and his appointed counsel needs time to determine if the defendant wishes to proceed with appointed counsel or intends to retain counsel. Defense counsel also needs an opportunity to review the case materials, discuss them with the defendant, and determine if the defendant remains willing to enter a plea of guilty.

Accordingly,

IT IS ORDERED:

1) Defendant's unopposed oral motion to continue, (filing no. 27), is granted and defendant's change of plea hearing is continued to December 21, 2010 at 9:00 a.m.

2) Based upon the representations of defendant's counsel, the Court finds the ends of justice by continuing the plea date outweighs the best interest of the defendant and the public in a speedy trial. Accordingly, the time between December 7, 2010 and December 21, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(a).

DATED this 3rd day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge