IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3073 |
| | ) | |
| V. | ) | |
| | ) | |
| GERMAN NOE BONILLA-EUCEDA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's unopposed motion to extend deadline to file sentencing motions (filing 40) is granted. The deadline in paragraph 6 of the order on sentencing schedule (filing 36) is extended to March 18, 2011.

DATED this 15th day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge